UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| ALEXANDER MENDILLO, | ) | |
|---|---|---|
| | ) | Case No. 1:25-cv-275 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Michael J. Dumitru |
| BROOKSIDE PROPERTIES, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## ORDER

On August 19, 2025, Plaintiff filed this *pro se* action (Doc. 2) and an application for leave to proceed *in forma pauperis* (Doc. 1). On August 27, 2025, United States Magistrate Judge Michael J. Dumitru issued a report and recommendation, recommending the Court dismiss the complaint and deny the application to proceed *in forma pauperis* as moot. (Doc. 7.) The report and recommendation reasoned that Plaintiff has no private right of action to bring forth the federal criminal statutes in his complaint, and without federal question jurisdiction, the Court should not exercise supplemental jurisdiction over Plaintiff's remaining state law claims. (*Id.*) Plaintiff did not object to the report and recommendation.

After reviewing the record and the applicable law, the Court agrees with Magistrate Judge Dumitru's well-reasoned conclusions. Accordingly, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 7) pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** that the action be **DISMISSED**.

AN APPROPRIATE JUDGMENT WILL ENTER.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE**